# UNITED STATES DISTRICT COURT
## District of Minnesota

Carlos Espinoza Ventura,

Petitioner,

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons,
David Easterwood, Eric Tollefson,

Respondents.

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-1618 LMP/DJF

---

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Carlos E. V.'s Petition for Writ of Habeas Corpus (ECF No. 1) is **DENIED.**

Date: 3/18/2026

KATE M. FOGARTY, CLERK